So Ordered.

Dated: October 31, 2022



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Keith C McDaniel
    Martha D McDaniel                                                  Case No. 19-29020-RMB
    Debtors.                                                                  Chapter 13

**ORDER MODIFYING STAY**
_____

      On October 7, 2022, the City of Milwaukee (the "City") filed a Motion seeking relief from the automatic stay (the "Motion") to permit the City to collect unpaid post-petition obligations for water, sewer and municipal services for property owned and/or occupied by the Debtor. The City gave due notice of the Motion, and no objections or requests for hearing were filed. The City has demonstrated that cause exists for granting relief from the stay.

      IT IS THEREFORE ORDERED: the automatic stay is modified to permit the City to use the statutory provisions of Wis. Stat. § 66.0809(3) to add the post-petition obligations to the real estate tax bill for the following properties identified in the City's Motion: 2808 N 37th Street

#####